# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-00300 |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| KARLOS LEVELL HALL, | : | |
| Defendant. | : | |

## ORDER OF TEMPORARY DETENTION

Upon motion of the United States of America it is ordered that a Detention Hearing is set for Thursday, July 27, 2023 at 1:30 p.m. in Courtroom 3 before United States Magistrate Judge Caroline H. Gentry.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

July 24, 2023

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge